IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| CHARLES BARLOW | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:09-CV-808 |
| OFFICER SCOTT LISENBY | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Charles Barlow, an inmate formerly confined at the Jefferson County Detention Center in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Officer Scott Lisenby.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in response to plaintiff's amended complaint be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

**SIGNED** this the 6 day of **March, 2012.**

_____
Thad Heartfield
United States District Judge